# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 5, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

156737(78)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

MICHIGAN ASSOCIATION OF HOME
BUILDERS, ASSOCIATED BUILDERS AND
CONTRACTORS OF MICHIGAN, and
MICHIGAN PLUMBING AND MECHANICAL
CONTRACTOR ASSOCIATION,
        Plaintiffs-Appellants,

v

CITY OF TROY,
        Defendant-Appellee.

_____/

SC: 156737
COA: 331708
Oakland CC: 2010-115620-CZ

On order of the Chief Justice, the motion of defendant-appellee to file a response to the brief amicus curiae filed by Kickham Hanley, PLLC is GRANTED. The response submitted on March 28, 2019, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 5, 2019



Clerk